*United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 06, 2026

Mr. Conghua Yan
2140 E. Southlake Boulevard
Suite L-439
Southlake, TX 76092

 No. 26-10118 Wang v. Yan
        USDC No. 4:25-CV-1247

Dear Mr. Yan,

**Briefing Notice.** The record is complete for purposes of the appeal, see Fed. R. App. P. 12. **APPELLANT'S BRIEF AND RECORD EXCERPTS ARE DUE WITHIN 40 DAYS OF THE DATE SHOWN ABOVE, SEE Fed. R. App. P. AND 5th Cir. R. 28, 30 AND 31.** Note that 5th Cir. R. 31 and the Internal Operating Procedures following rules 27 and 31 provides the general sense of the court on the disposition of a variety of matters, which includes that except in the most extraordinary circumstances, the <u>maximum</u> extension for filing briefs is 30 days in criminal cases and 40 days in civil cases. See also 5th Cir. R. 30.1.2 and 5th Cir. R. 31.1 to determine if you have to file electronic copies of the brief and record excerpts, and the Portable Document Format (PDF) you MUST use. A briefing checklist is available on the Fifth Circuit's website "http://www.ca5.uscourts.gov/docs/default-source/forms-and-documents---clerks-office/rules/brchecklist.pdf".

**Policy on Extensions.** The court considers in forma pauperis motions promptly after the appellant's brief is filed. The court grants extensions sparingly and only under the criteria of 5TH CIR. R.31.4 and the Internal Operating Procedures following rules 27 and 31 which allow a maximum extension of 30 days in criminal cases and 40 days in civil cases except in the most extraordinary circumstances. If you request an extension, you must contact opposing counsel and advise us if the extension is opposed or not.

**Appellee's Brief.** The district court denied in forma pauperis status, and the appellee does not need to file a brief unless the court orders one. The court will notify the appellee if a brief is required and will send you a copy of any notice to the appellee.

**Brief Covers. The caption for this appeal is attached. Please use it on any briefs to be filed with this court.**

**Dismissal of Appeals.** The clerk may dismiss appeals **without notice** if you do not file the brief on time, or otherwise fail to comply with the rules.

**Appearance Form.** If you have not electronically filed a "Form for Appearance of Counsel" as required by **5TH CIR. R.**46, you must do so within 14 days from this date. You must name each party you represent, see **FED. R. APP. P.**12(b) and **5TH CIR. R.**12. The form is available from the Fifth Circuit website, www.ca5.uscourts.gov. If you fail to electronically file the form we will remove your name from the docket. Pro se parties do not need to file an appearance form.

**Citation Guidelines:** Pursuant to 5th Cir. R. 28.2.2, use the following citation format:

- For single record cases, use "ROA." followed by the page number (e.g., "ROA.123").
- For multiple record cases, cite "ROA." followed by the Fifth Circuit appellate case number, followed by the page of the record (e.g., "ROA.13-12345.123").
- Each citation must end with a period (.) or semicolon (;).

Record on Appeal. Pro se litigants may request the record on appeal from the district court. Those proceeding in forma pauperis may receive the record without payment of shipping costs. Others will be asked to pay these costs.

Record Excerpts: 5th Cir. R. 30.1.7(c) provides that the electronic PDF version of the record excerpts should contain pages representing the "tabs" identified in the index of the document. However, we remind attorneys that the actual paper copies of record excerpts filed with the court must contain actual physical tabs that extend beyond the edge of the document, to facilitate easy identification and review of tabbed documents.

**Signing Pleadings:** While our rules do not directly regulate the process by which a party or an attorney produces the filing—such as writing it personally with no assistance, delegating part of its preparation to another, or using generative artificial intelligence, the signature is an attestation that the signer has reviewed the filing and is responsible for the accuracy of its contents.

                Sincerely,

                LYLE W. CAYCE, Clerk

                By:  /s/ Casey Sullivan
                Casey Sullivan, Deputy Clerk
                504-310-7642

Enclosure(s)

cc w/encl:
    Mr. Cody Martin

_____

Case No. 26-10118

_____

Fuyan Wang,

                   Plaintiff - Appellee

v.

Conghua Yan,

                   Defendant - Appellant